Filed: May 30, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER

_____

No. 21-4526,  <u>US v. Johnny Vang</u>
              5:20-cr-00105-KDB-DCK-1

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 07/10/2023

Supplemental response brief due: 08/07/2023

The briefs and appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ PATRICIA S. CONNOR, CLERK
By: Tony Webb, Deputy Clerk